**FILED ELECTRONICALLY**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

**CASE NO. 23-cv-00075-DLB**

JOHN DOE                                                                    PLAINTIFF

VS.                            **SEPARATE ANSWER OF TODD BOYCE**

TODD BOYCE, HEAD CHAPLAIN, ET AL.                        DEFENDANTS

Comes the Defendant, Todd Boyce, [hereinafter "Boyce"], by and through counsel, and for his Separate Answer herein and states as follows:

1.      The Complaint fails to state a claim upon which relief can be granted.

2.      The Complaint is barred in whole or in part by the applicable statute of limitations.

3.      Boyce denies the allegations of Paragraphs One, Thirteen, Fourteen through Twenty-Nine, Thirty-Four through Forty, Forty-Two, Forty-Three, Forty-Four, Forty-Six through Forty-Seven, Forty-Nine, Fifty-One, Fifty-Two, Fifty-Four, Fifty-Five, Sixty-One, Sixty-Three, Sixty-Five, Sixty-Six, Sixty-Seven, Sixty-Eight, and Seventy. Boyce admits that the statutes referred to in Paragraphs Fifty-Seven through Sixty-One speak for themselves but denies that he violated any of them.

4.      Boyce admits Paragraph Two, and so much of Paragraph Four and states that he is a resident of Kentucky and was an employee of EKCC working as a Chaplain. Boyce admits Paragraphs Ten, Eleven and Twelve.  Boyce admits Paragraphs Thirty-Two and Thirty-Three.

5.      Boyce is without sufficient knowledge or information to form a belief as to Paragraphs Three, Five through Nine, Thirty, Thirty-One, and therefore denies same.

6.      Boyce denies each and every allegation or portion thereof of the Complaint not specifically admitted to herein.

7.      The claims set forth in the Complaint are barred, in whole or in part, by reason of the Plaintiff's failure to exhaust administrative remedies.

8.      Plaintiff's claims are barred by the doctrines of absolute, sovereign, official, governmental, good faith and/or qualified immunities.

9.      All or part of Plaintiff's claim is barred by the Eleventh Amendment.

10.      To the extent that Plaintiff's Complaint may be requesting punitive damages, the Complaint fails to allege facts sufficient to warrant the imposition of punitive damages.  Defendants deny liability for punitive damages in any sum or at all.

11.      An award of punitive damages would violate the Defendants' constitutional rights, including, without limitation, the Defendants' rights under the Fourth, Fifth and Sixth Amendments to the United States Constitution and Sections 2, 10, 11, 13, 14, and 17 of the Kentucky Constitution.

12.      The Complaint should be dismissed because an action must be prosecuted by the real party in interest and "John Doe" is not a real party in interest.

**WHEREFORE**, Boyce prays that the Complaint be dismissed, for costs, attorney fees and all proper relief.

/s/ ELDRED E. ADAMS, JR., ATTORNEY AT LAW
110 EAST MAIN STREET, P.O. BOX 606
LOUISA, KENTUCKY 41230
(606) 638-4890
(606) 638-0313 FAX
bud@eeadams.com

Kentucky Bar #00420

## **CERTIFICATE OF SERVICE**

I, Eldred E. Adams, Jr., hereby certify that on the 1st day of November, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send the Notice of Electronic Filing to the following:

john@caudill.legal
allison.brown@ky.gov