UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

CIVIL ACTION NO. 23-CV-00075                    ELECTRONICALLY FILED

JOHN DOE                    PLAINTIFF

v.      **AMENDED JOINT PROPOSED DISCOVERY PLAN**

TODD BOYCE, et al.                    DEFENDANTS

       Comes the Plaintiff, by and through counsel, submitting a proposed discovery plan in the above-styled case. Counsel has conferred with defense counsel, who have no objection to the amended proposed discovery plan.

                                                      Respectfully submitted,

                                                      /S/ John L. Caudill
                                                      John L. Caudill
                                                      911 College Street
                                                      Bowling Green, Ky., 42101
                                                      john@caudill.legal

                                                      *Attorney for Plaintiff*

**CERTIFICATAION**

       **I attest and affirm that the foregoing submission of the amended joint discovery plan was served on parties of record on this the 10th day of January, 2025 through the ECF court filing system for the Eastern District of Kentucky.**