UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:23-CV-00075-DLB-EBA

JOHN DOE,                                                                                                                                                                                                                                               PLAINTIFF,

V.                            **AMENDED SCHEDULING ORDER**

TODD BOYCE, *et al.*,                                                                                                                                                                                                                                                                   DEFENDANTS.

*** *** *** ***

This matter is before the Court on the Plaintiff's motion to amend the Scheduling Order. [R. 17]. Previously, on September 26, 2024, the undersigned entered a Scheduling Order establishing pretrial filing deadlines for this matter. [R. 15]. Plaintiff seeks to amend the Scheduling Order to allow the parties until January 15, 2025, to amend the pleadings and join additional parties. [R. 17]. Plaintiff also indicates that the Defendants do not oppose this amendment. [*Id.*]. Accordingly,

IT IS ORDERED that the Plaintiff's motion to amend the Scheduling Order [R. 17] is GRANTED. The deadlines set by the Court's September 26, 2024, Scheduling Order [R. 15], are vacated to the extent set forth below:

1. The parties shall file any motion to join parties and amend pleadings by **January 15, 2025**.

2. All other deadlines and directives set forth in the Court's September 26, 2024, Scheduling Order [R. 15], shall remain in effect.

Signed January 13, 2025.

