UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

CIVIL ACTION NO. 23-CV-00075                                    ELECTRONICALLY FILED

JOHN DOE                                                                                    PLAINTIFF

v.

TODD BOYCE, et al.                                                                    DEFENDANTS

## MOTION TO AMEND DISCOVERY PLAN

Comes the Plaintiff, John Doe, requesting the court to amend the discovery for the second time in this case. Parties need 120 more days to complete discovery. There has been one issue delaying completing depositions to this point making it challenging to complete discovery.

1. Plaintiff has been in state custody in Marshall and McCracken Counties for over a year and a half, making it impossible for Defendants to depose him and very difficult for undersigned counsel to communicate with him freely.

2. In counsel's last communication with client, he indicated that he hoped to be released by the later part of May. Counsel is hopeful that Plaintiff will be released at that time and to make him available for deposition. Plaintiff's unavailability has delayed the taking of discovery in this case.

3. Counsel for Todd Boyce agreed in mid-March to allow Plaintiff to take depositions without first deposing Plaintiff, providing several dates in April but none in May due to prior scheduling conflict. Since that time, Plaintiff has noticed three depositions and taken two in mid-April in this case. One witness failed to appear and Plaintiff is attempting to reschedule to accommodate witness. Defense counsel have all been accommodating and cooperative throughout this case.

4. Defendants Greene, Frisby and Johnson severed Plaintiff with requests for documents and interrogatories in mid-April, 2025. Counsel has not been able to complete same due to unavailability of Plaintiff.

5. This is the second request to amend scheduling order in this case. .

Respectfully submitted,

/S/ John L. Caudill
John L. Caudill
911 College Street
Bowling Green, Ky., 42101
john@caudill.legal
*Attorney for Plaintiff*

## CERTIFICATION

I hereby attest and affirm that the foregoing Motion to Amend the scheduling order was served on parties of record via the CM/ECF for the Eastern District of Kentucky on this the 15th day of May, 2025.

/S/John L. Caudill