UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:23-CV-00075-EBA

JOHN DOE,     PLAINTIFF,

V.     **ORDER**

TODD BOYCE, *et al.*,     DEFENDANT.

*** *** *** ***

This matter is before the Court on Plaintiff's motion to amend the discovery plan. [R. 24]. Specifically, Defendant—who is presently incarcerated—seeks a 120-day extension to complete discovery so that there is sufficient time for his deposition post-release because, as Plaintiff claims, it is "impossible" to depose Plaintiff until he is released. [*Id.*]. Having considered the matter,

**IT IS ORDERED** that Plaintiff is **DIRECTED**, no later than **May 23, 2025**, to file a status report explaining in detail why his deposition has not yet occurred.

Signed May 16, 2025.

Signed By:
*Edward B. Atkins*    *EBA*
**United States Magistrate Judge**