UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND
*ELECTRONICALLY FILED*

JOHN DOE                                                                                          PLAINTIFF

v.                                            **AGREED ORDER**

TODD BOYCE., et al.                                                                     DEFENDANTS

\* \* \* \* \* \* \* \* \*

The parties having reached an agreement for extension of case deadlines, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's expert disclosures shall be completed on or before October 10, 2025.

2. Defendants' expert disclosures shall be completed on or before November 10, 2025.

3. All expert discovery, including the taking of depositions for the purposes of trial testimony, shall be completed on or before December 10, 2025.

4. All discovery shall be complete on or before December 15, 2025.

5. Motions for summary judgment or other dispositive motions shall be filed no later than February 2, 2026.

Have seen and agree:

/s/Robert Chaney _____
Allison Brown
Richard Lilly
Robert Chaney
COUNSEL FOR DEFENDANTS
GREEN, FRISBY and JOHNSON

*/s/ Eldred E. Adams, Jr.* (with permission—RC)
Eldred E. Adams, Jr.
COUNSEL FOR DEFENDANT
TODD BOYCE

*/s/ S. Scott Marcum* (with permission—RC)
S. Scott Marcum
COUNSEL FOR PLAINTIFF
JOHN DOE

Entered this the \_\_\_\_\_ day of _____ 2025.