UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND
CIVIL CASE NO. 0:23-CV-00075-EBA

JOHN DOE                                                           PLAINTIFF

VS.

TODD BOYCE, ET AL.                                               DEFENDANTS

## MOTION TO FILE NOTICE OF FILING UNDER SEAL

For his motion to file notice of filing under seal, the plaintiff, John Doe, states that

it contains correspondence between he and other attorneys and he does not wish for it

to be a matter of public record.

Respectfully submitted,

MARCUM TENNYSON, PLLC

/s/Scott Marcum
S. Scott Marcum
P.O. Box 9551
Paducah, Kentucky 42002
Tel:    (270)534-5135
Fax:    (270)477-0041
smarcum@marcumtennyson.com

ATTORNEY FOR PLAINTIFF
JOHN DOE

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March 2026, I electronically filed the foregoing document with the clerk of court, by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. Eldred Edward Adams , Jr
Adams & Adams
P.O. Box 606
Louisa, KY 41230
Email: bud@eeadams.com

Allison R. Brown
KY Department of Corrections - General Counsel
P.O. Box 2400
Frankfort, KY 40602-2400
Email: allison.brown@ky.gov

Richard D. Lilly
KY Department of Corrections - General Counsel
P.O. Box 2400
Frankfort, KY 40602-2400
Email: richard.lilly@ky.gov

Robert Lee Chaney
Kentucky Department of Corrections
P. O. Box 2400
Frankfort, KY 40602
502-564-0310
Email: robert.chaney@ky.gov

/s/ S. Scott Marcum
S. Scott Marcum